```
                                              ✓ Priority
                                              ✓ Send
                                              ✓ Clsd
                                              ✓ Enter
                                              __ JS-5/JS-6
                                              __ JS-2/JS-3
```



FILED
SEP 27 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| In re ICN PHARMACEUTICALS, INC., SECURITIES LITIGATION | CASE NO. SACV 02-701-DOC (ANx) |
| | Filing Date: May 16, 2003 |
| THIS DOCUMENT RELATES TO ALL ACTIONS CONSOLIDATED UNDER THIS CASE NUMBER | [PROPOSED] FINAL JUDGMENT IN FAVOR OF DEFENDANT PRICEWATERHOUSECOOPERS, LLP AGAINST PLAINTIFFS |
| | Hearing Date: January 5, 2004<br>Court: 9D<br>Judge: Hon. David O. Carter |



ENTERED
SEP 28 2004
CLERK, US DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).



DOCKETED ON CM
SEP 28 2004
BY _____ 037

06970/605180.1

-1-

[PROPOSED] FINAL JUDGMENT

1 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     The Court, having granted the Motion to Dismiss brought by

3 Defendant PricewaterhouseCoopers, LLP, and having ordered entry of judgment

4 as requested in said motion.

5     HEREBY ORDERS, ADJUDGES AND DECREES that:

6     All claims and causes of action in Plaintiffs' First Amended

7 Consolidated Class Action Complaint against Defendant PricewaterhouseCoopers,

8 LLP are dismissed with prejudice.

9

10 DATED: 27 DAY OF ~~September~~ 2004     /s/ David O. Carter

    Honorable David O. Carter

11     United States District Court Judge

12

13

14 Respectfully submitted by:

15 September 8, 2004

16 QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
17

18 By /s/

19 Thad A. Davis (Bar No. 220503)
Attorneys for Defendants
20 PricewaterhouseCoopers, LLP

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
1013A(3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 865 S. Figueroa St., 10th Floor, Los Angeles, California 90017.

On **September 8**, I served the foregoing document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANT PRICEWATERHOUSECOOPERS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

____ BY PLACING the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

XX by placing ____ the original X a true copy thereof enclosed in sealed envelopes addressed as follows:

| Robert S. Green<br>Robert A. Jigarjian<br>GREEN & JIGARJIAN, LLP<br>235 Pine Street, 15th Floor<br>San Francisco, CA 94104<br>Tel: (415) 477-6700<br>Fax: (415) 477-6710 | Jacob A. Goldberg<br>Stuart L. Berman<br>Christopher L. Nelson<br>SCHIFFRIN & BARROWAY, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, Pennsylvania 19004<br>Tel: (610) 667-7706<br>Fax: (610) 667-7056 |

_X_ BY MAIL

_X_ *I deposited such envelope in the mail on September 8, 2004 at Los Angeles_, California. The envelope was mailed with postage thereon fully prepaid.

_X_ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ **BY FEDERAL EXPRESS**

____ I caused such envelope to be placed in a Federal Express delivery service package with appropriate and correct directions as to its delivery and placed the package in the hands of the corresponding delivery service representative to be delivered in accordance with said directions and a receipt for same retained in our files.
Executed on September 8, 2004, at Los Angeles, California.

_X_ BY FACSIMILE
I transmitted from a facsimile transmission machine whose telephone number is (213) 624-0643 the following documents described above to whose facsimile transmission machine telephone number is (310) 399-1644. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.
Executed on September 8, 2004_____, at Los Angeles, California.

____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_XX_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____Laura Wallick_____
Type or Print Name

_Laura Wallick_ (signature)
Signature